IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **NANCY KIKER McCAULEY,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 1:04-CV-3444-RDP-TMP |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

The magistrate judge filed his report and recommendation in the above-styled cause on May 19, 2006, recommending that the claims in this petition be denied and dismissed with prejudice. Petitioner filed her objections to the report and recommendation on June 7, 2006. Having now carefully reviewed and considered *de novo* the report and recommendation, the objections to it, and all other matters in the court file, the court finds that the report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.

Accordingly, the petition for writ of *habeas corpus* in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this      14th      day of June, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE